**AFFIRMED; Opinion Filed February 28, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00487-CR**
**No. 05-16-00488-CR**

**ANTHONY EARL LIGHTNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-60367-X, F13-60368-X**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Lang

A jury convicted Anthony Earl Lightner of theft of property valued at $100,000 or more but less than $200,000 and unauthorized use of a motor vehicle (UUMV). After finding two enhancement paragraphs true, the jury assessed punishment at fifty years' imprisonment for the theft conviction and ten years' imprisonment for the UUMV conviction. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. *See Kelly v. State*, 436 S.W.3d 313,

319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

Appellant filed a pro se response raising several issues  After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeals are frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
160487F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

ANTHONY EARL LIGHTNER, Appellant

No. 05-16-00487-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas
Trial Court Cause No. F13-60367-X.
Opinion delivered by Justice Lang. Justices Fillmore and Schenck participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 28th day of February, 2017.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANTHONY EARL LIGHTNER, Appellant

No. 05-16-00488-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas
Trial Court Cause No. F13-60368-X.
Opinion delivered by Justice Lang. Justices Fillmore and Schenck participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 28th day of February, 2017.